ACCEPTED
03-17-00759-CV
21339887
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2017 8:57 AM
JEFFREY D. KYLE
CLERK

NO. 03-17-00759-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/18/2017 8:57:12 AM
JEFFREY D. KYLE
Clerk

DR. J. SCOT ESTEP

*Appellee,*

vs.

DIPAK GIRI

*Appellant.*

---

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

COMES NOW Defendant-Appellant Dipak Giri through his attorney of record, and under Texas Rule of Appellate Procedure 10.5(b), respectfully requests an extension of time to file his brief.

### BACKGROUND, RELEVANT FACTS, AND ARGUMENTS

Appellant's Brief is currently due on Wednesday, December 27, 2017. Undersigned counsel requests a 26-day extension of time to file this brief, to **Monday, January 22, 2018**, for the following reasons: a) he has four depositions scheduled, including an out-of-town deposition, between December 20-22, 2017, b) he will be on vacation and unavailable during the week of Christmas (from

December 24 – 31, 2017); c) he has a two-day priority trial setting in Harris County District Court on January 10, 2018; and d) he will be out of town for a case pending in federal court in the Eastern District of North Carolina from January 16-18, 2018.

Opposing counsel does not oppose the additional requested time. This is Appellant's first request for an extension. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

<u>PRAYER</u>

WHEREFORE, PURSUANT TO TEX. R. APP. CIV. P. 10.5(b) and 38.6(d), Defendant-Appellant Dipak Giri respectfully requests that this honorable Court grant an extension from December 27, 2017 to **<u>January 22, 2018</u>** to file his Appellant's Brief.

Respectfully submitted,

SUD LAW P.C.

*/s/ Nitin Sud*

Nitin Sud
State Bar No. 24051399
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Fax: 832-304-2552
nsud@sudemploymentlaw.com

Attorney for Defendant-Appellant,
Dipak Giri

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 16, 2017, Aubrey J. Flowers, counsel for Plaintiff-Appellee Scot Estep, agreed by electronic mail to an extension of time to January 22, 2018 for Dipak Giri to file his Appellant's Brief.

/s/  Nitin Sud
Nitin Sud


## CERTIFICATE OF SERVICE

I hereby certify that a true, full, and correct copy of the foregoing was served on the following counsel of record via email on December 18, 2017.

Aubrey J. Flowers
20540 Hwy. 46 West
Suite 115, PMB 458
Spring Branch, Texas 78070
Email: aj@ajflowerspc.com

/s/ Nitin Sud
Nitin Sud